March 12, 2010

Mr. Richard Clark Harrist
Cooper & Scully, PC.
900 Jackson Street, Suite 100
Dallas, TX 75202
Mr. Jeffrey C. Anderson
Law Offices of Jeffrey C. Anderson
9601 McAllister Frwy, Suite 1250
San Antonio, TX 78216

RE: Case Number: 07-0787
 Court of Appeals Number: 04-06-00185-CV
 Trial Court Number: 2005-CI-07853

Style: SPECTRUM HEALTHCARE RESOURCES, INC., AND MICHAEL SIMS
 v.
 JANICE MCDANIEL AND PATRICK MCDANIEL

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Keith E. Hottle |
| |Ms. Margaret G. |
| |Montemayor |